# Court of Appeals
# of the State of Georgia

ATLANTA,    June 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0413. AMERICAN CONSUMER PRODUCTS CORPORATION et al. v. HATCHER STUBBS LAND HOLLIS & ROTHSCHILD, LLP, et al.**

This appeal concerns the grant of summary judgment to defendants Hatcher Stubbs Land Hollis & Rothschild, LLP and J. Barrington Vaught in an action brought by American Consumer Products Corporation, Robin Zahran, and Karen Zahran. American Consumer Products Corporation and Karen Zahran filed a notice of appeal in which they stated that a transcript of proceedings would by filed by their co-party, Robin Zahran, for inclusion in the record on appeal. Robin Zahran filed a separate notice of appeal in which he also indicated that a transcript of proceedings would be filed for inclusion in the record on appeal. (Although Robin Zahran filed a separate notice of appeal, he is a party to this appeal.  See OCGA § 5-6-37.)

This case was prematurely docketed in this Court without a transcript of proceedings, and the trial court has represented to this Court that no transcript has been filed to date.  Accordingly, it is ordered that the case be REMANDED to the Superior Court of Muscogee County.  Upon the filing of the transcript of proceedings, the clerk of that court shall return the case to this Court for redocketing pursuant to the notices of appeal filed in this case.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 06/25/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*